Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−20459−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony Moreira
   8 Doral Ct
   Marlton, NJ 08053

Social Security No.:
   xxx−xx−1295

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/21/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 21, 2018
JAN: kvr

                                                      Jeanne Naughton
                                                      Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                          Case No. 18-20459-JNP
Anthony Moreira                                                 Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Dec 21, 2018
                              Form ID: 148             Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2018.
db             +Anthony Moreira,    8 Doral Ct,    Marlton, NJ 08053-3731
517580799      ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                 (address filed with court:  Caine & Weiner,    PO Box 5010,   Woodland Hills, CA 91365)
517580807      +HSBC Bank Nevada,    2300 W. Sahara Avenue,    Las Vegas, NV 89102-4352
517580809      +Parker McKay,    PO Box 5054,    Mount Laurel, NJ 08054-5054
517580810      +Progressive Insurance,    6300 Wilson Mills Road,    Cleveland, OH 44143-2182
517610694      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court:  State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
517580811      +State of New Jersey Division of Taxation,    50 Barrack Street,    Trenton, NJ 08695-0001
517628769      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517548696      +U.S. Bank National Association, Trustee,    C/O Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Littleton, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 22 2018 01:08:06      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 22 2018 01:08:03      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517580800      +E-mail/Text: bankruptcy@cavps.com Dec 22 2018 01:08:30      Calvary Portfolio Services,
                 500 Summer Lake Drive,    Suite 400,    Valhalla, NY 10595-2322
517580801      +EDI: CAPITALONE.COM Dec 22 2018 05:23:00      Capital One,   Attn: Bankruptcy,   Po Box 30253,
                 Salt Lake City, UT 84130-0253
517563109      +E-mail/Text: bankruptcy@cavps.com Dec 22 2018 01:08:31      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517580802      +EDI: CHASE.COM Dec 22 2018 05:23:00      Chase Card Services,    Correspondence Dept,
                 Po Box 15298,    Wilmington, DE 19850-5298
517580804      +EDI: CCS.COM Dec 22 2018 05:23:00      Credit Collection Services,    725 Canton Street,
                 Norwood, MA 02062-2679
517580805      +EDI: RCSFNBMARIN.COM Dec 22 2018 05:23:00      Credit One Bank,   PO Box 98872,
                 Las Vegas, NV 89193-8872
517589443      +EDI: IRS.COM Dec 22 2018 05:23:00      Department of Treasury,    Internal Revenue Service,
                 P O Box 7346,    Philadelphia, PA 19101-7346
517580806      +EDI: AMINFOFP.COM Dec 22 2018 05:23:00      First Premier Bank,    Po Box 5524,
                 Sioux Falls, SD 57117-5524
517651638       EDI: MERRICKBANK.COM Dec 22 2018 05:23:00      MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
517670306       EDI: BL-CREDIGY.COM Dec 22 2018 05:23:00      Main Street Acquisition Corp.,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517660293       EDI: PRA.COM Dec 22 2018 05:23:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
517680683       EDI: PRA.COM Dec 22 2018 05:23:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
517552202      +EDI: RMSC.COM Dec 22 2018 05:23:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517580803*     +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517580808*     +Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
517580812*     +U.S. Bank National Association, Trustee,    C/O Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Littleton, CO 80129-2386
                                                                                TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Dec 21, 2018
                              Form ID: 148             Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Et Al...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Eamonn  O'Hagan    on behalf of Creditor    United States Internal Revenue Service
               eamonn.ohagan@usdoj.gov
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Et Al...
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Lee Martin Perlman    on behalf of Debtor Anthony  Moreira ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 6
```